CURD, GALINDO & SMITH, L.L.P.
JEFFREY B. SMITH, SBN 150095
301 East Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Telephone: (562) 624-1177
Facsimile: (562) 624-1178
Email: jsmith@cgsattys.com

Attorneys for Debtor

**FILED & ENTERED**

**JUL 23 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Garcia, Jesus<br><br>Debtor. | Case No.: 2:17-bk-24370-VZ<br><br>Chapter 13<br><br>ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY, AND RELATED FILING DEADLINES<br><br>**Current Hearing**<br>Date: July 31, 2018<br>Current Time: 9:30 a.m.<br><br>**Continued Hearing**:<br>Date: August 7, 2018<br>Time: 9:30 a.m.<br>Courtroom: 1368<br><br>Honorable Vincent Zurzolo |

A stipulation between the Debtor and Creditor Deutsche Bank National Trust Company was filed on July 18, 2018 as Docket #28 ("Stipulation"), to continue a hearing date and related filing deadlines. Having reviewed the Stipulation, and finding good cause,

**IT IS ORDERED** as follows:

1. The Stipulation is approved;

1

2. The hearing date and time on Creditor Deutsche Bank National Trust Company's Motion for Relief from the Automatic Stay, Docket #26, is continued from July 31, 2018 to August 7, 2018 at 9:30 a.m.;

3. The deadline to file and serve a response to the Motion is July 24, 2018, including a judge's copy; and

4. The deadline to file a serve a reply to the Motion, is July 31, 2018, including a judge's copy.

###

Date: July 23, 2018

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

**Curd, Galindo & Smith, L.L.P.**
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fx: (562)624-1178

2